**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SHANA BUGGS, <br><br> Plaintiff, <br> v. <br><br> SOUTHWEST CREDIT SYSTEMS, L.P., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.: 1:16-cv-03114-JKB** |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Jeffrey Friedman* | */s/ Amy L. Bennecoff Ginsburg* |
| Jeffrey Friedman, Esq. | Amy L. Bennecoff Ginsburg |
| Friedman & Associates, LLC | Kimmel & Silverman, P.C. |
| 100 Owings Court, Suite 4 | 30 East Butler Pike |
| Reisterstown, MD 21135 | Ambler, PA 19002 |
| (410) 526-4500 | Phone: 215-540-8888 |
| Jeff@friedmanlaw.net | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for Plaintiff |
| Date: March 8, 2017 | Date: March 8, 2017 |

BY THE COURT:

_____
                                                       J.

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 8th day of March, 2017:

Wendy L. Longmire, Esq.
Ortale Kelley
330 Commerce Street, Suite 110
Nashville, Tennessee 3720
kconway@harrisshelton.com

                                          */s/ Amy L. Bennecoff Ginsburg*
                                          Amy L. Bennecoff Ginsburg
                                          Kimmel & Silverman, P.C.
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: 215-540-8888
                                          Fax: 877-788-2864
                                          Email: aginsburg@creditlaw.com