IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHANA BUGGS, )
  )
    Plaintiff, ) Case No.: 1:16-cv-03114-ADC
  )
v. )
  )
SOUTHWEST CREDIT SYSTEMS, L.P., )
  )
    Defendant. )
  )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Jeffrey Friedman
Jeffrey Friedman, Esq.
Friedman & Associates, LLC
100 Owings Court, Suite 4
Reisterstown, MD 21135
(410) 526-4500
Jeff@friedmanlaw.net
Attorney for the Defendant

Date: March 8, 2017

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: March 8, 2017

BY THE COURT:

_____ 9 March 2017
A. David Copperthite
**United States Magistrate Judge**